IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:04CR3166 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENNETH JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's participation in treatment at Cornhusker Place in Lincoln Nebraska will commence at 9:00 a.m. on February 2, 2012. Accordingly,

IT IS ORDERED that the defendant shall be released from Marshal custody to his counsel, Michael Nelson, on February 2, 2012 between 8:00 a.m. and 8:15 a.m. for transport to Cornhusker Place.

DATED this 26th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge