IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3166 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KENNETH JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion for pretrial release, (filing no. 69), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> On March 15, 2012, the defendant shall be released to reside at Houses of Hope and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of his treatment plan and all rules of the Houses of Hope facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) The Marshal shall release the defendant to family members for transport to Houses of Hope. The defendant is scheduled to arrive at Houses of Hope at 10:00 a.m.

DATED this 14th day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge